**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2257

BRITTANY M. TOMLINSON,

Plaintiff - Appellant,

v.

KACIE CAMPBELL; JUDGE REESON FAIRCLOTH; JUDGE JOY JONES; STATE OF NORTH CAROLINA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:24-cv-00586-D-RJ)

Submitted:  April 24, 2025                                Decided:  April 28, 2025

Before RICHARDSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Brittany M. Tomlinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brittany M. Tomlinson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Tomlinson's civil complaint under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Tomlinson v. Campbell*, No. 5:24-cv-00586-D-RJ (E.D.N.C. Dec. 19, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal without prejudice is a final order because the court dismissed the complaint "without granting leave to amend." *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).